377 A.2d 196

Malec v. Malec, Appellant.

Submitted March 22, 1977. Elliott D. Goldberg, and Hope, Portnoff & Grant, for appellant; Frank L. Caiola, and Caiola & Caiola, for appellee.

Order affirmed.